CO-525
(12/86)

**PRAECIPE**

# United States District Court
# for the District of Columbia

the __12th__ day of __DECEMBER__ 2005

USA

vs.

RICHARD LYTER

Civil/Criminal
Action No. 05-430

The Clerk of said Court will ~~please enter my appearance for the United States.~~ please enter my appearance for the defendant

Thomas P. Puccio
(Name)    (Bar ID)
230 PARK AVE NY, NY 10169
(Address)
212 883-6383
(Phone Number)
Defendant
(Attorney For)

(Name)    (Bar ID)

(Address)

(Phone Number)

(Attorney For)