AO 455 (Rev. 5/85) Waiver of Indictment

FILED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

For The DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.

Richard LYTER

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05-430

I, Richard LYTER, the above named defendant, who is accused of

a violation of 29 USC Section 439

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on DECEMBER 13, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer
1:53 pm
12/13/2005