*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Criminal Action No. 05-0430 (JGP)** |
| | ) |
| **RICHARD LYTER,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

On December 13, 2005 Defendant pled guilty to a one-count criminal information. Accordingly, it is hereby

**ORDERED** that the Probation Office submit the presentence investigation report to the Court on or before February 21, 2006; and it is further

**ORDERED** that the parties are permitted to file memoranda in aid of sentencing on or before February 28, 2006; and it is further

**ORDERED** that this matter is set down for sentencing on March 7, 2006 at 10:00 A.M. in Courtroom 15.

**SO ORDERED**.


**DATE: December 13, 2005**                                            **JOHN GARRETT PENN**
                                                                                                       **United States District Judge**