HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0430</u> |
| vs. | : | |
| Lyter, Richard | : | Disclosure Date: <u>January 20, 2006</u> |

**FILED**
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(X)   There are no material/factual inaccuracies therein.

(  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         1/24/06
**Prosecuting Attorney**                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

(  )   There are no material/factual inaccuracies therein.

(  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
**Defendant**           **Date**        **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 3, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

