PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
CR 05-430

DOCKET NUMBER *(Rec. Court)*
06mj192 JSM

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Richard Lyter    FILED | District of Columbia | U.S. Probation Office |

FILED

JUN - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE |
|---|
| John Garrett Penn |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 23, 2006 | TO March 22, 2011 |
|---|---|---|

OFFENSE

False Entries in Union Record, 29 U.S.C. § 439

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAY 1 8 2006
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/5/06
_____
Effective Date

_____
United States District Judge  Janie S. Mayeron