Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

RECEIVED
BY MAIL

JUN 15 2006

CLERK, US DIST. COURT
ST. PAUL, MN

June 12, 2006

Clerk, U.S. District Court
for the District of Minnesota
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

FILED

JUN 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re: U.S.A. vs Richard Lyter
Our Case Number: CR 05-430-JGP
Your Case Number: 06mj192 JSM

Dear Clerk:

Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Information, Judgment and Probation Order and docket sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _Linda Pugh_
Deputy Clerk

Enclosures